Entered on Docket
August 31, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

AUG 14 2005

FILED
AUG 29 2005
CLERK
United States Bankruptcy Court
San Jose, California

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

RE: AKASHIC MEMORIES CORPORATION

CASE # 98-58278

## ORDER TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, AN AMOUNT OF $48,392.54 constituting unclaimed funds due to Nexstar Corporation in the above referenced case, are being held in the Court's registry account of unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, section 347 (a).

IT ALSO APPEARING THAT, Keys Research, Attorney-in-fact for Zygo Corpoartion fka Nexstar Corporation has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. Section 2042. A Power of Attorney granting authority to petition the court to collect funds on behalf of the above referenced creditor has been filed.

THEREFORE, IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay the unclaimed funds in the amount of $48,392.54 to the order of the following:

Zygo Corporation
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022

Dated: 8/29/05

_____
United States Bankruptcy Judge