IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

AKASHIC MEMORIES CORPORATION

Debtor

Case No. 98-58278

Chapter 11

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Associated Fee Adjusters in the total amount of $1,487.59 was not cashed within the 90 day limit and an unclaimed money report was entered on July 12, 2004 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Associated Fee Adjusters is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $1,487.59 to the order of Associated Fee Adjusters, P.O. Box 1570, Danville, CA 94526.

Dated 5/17/05

UNITED STATES BANKRUPTCY JUDGE