UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Akashic Memories Corporation

Debtor(s)

Case No: 98-58278

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Environmental Care, Inc., in the amount of $1,419.06 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that ValleyCrest Landscape Maintenance, Inc. C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,419.06, to:

    ValleyCrest Landscape Maintenance, Inc.
    C/o Dilks & Knopik, LLC
    PO Box 502
    Redmond, WA 98073-0502.

Dated: 8/3/06

United States Bankruptcy Judge