UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: AKASHIC MEMORIES CORPORATION

CASE # 98-58278

ORDER TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, AN AMOUNT OF $7,624.72 constituting unclaimed funds due to WORLDCOM in the above referenced case, are being held in the Court's registry account of unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, section 347 (a).

IT ALSO APPEARING THAT, Keys Research, Attorney-in-fact for Worldcom nka MCI has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. Section 2042. A Power of Attorney granting authority to petition the court to collect funds on behalf of the above referenced creditor has been filed.

THEREFORE, IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay the unclaimed funds in the amount of $7,624.72 to the order of the following:

Worldcom nka MCI
c/o Keys Research
23630 SE 440th Street
Enumclaw, WA 98022

Dated: 11/8/06

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: AKASHIC MEMORIES CORPORATION | CASE # 98-58278

APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

WORLDCOM, Creditor in this case, hereby petitions the Court for the release of $7,624.72 being held in the registry of this court as unclaimed funds. A dividend check in the amount totaling $7,624.72 was not negotiated by Worldcom. The Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

Applicant further states that:

1. Applicant has entered into an agreement or otherwise represents the creditor in this application. The terms and conditions of such agreement are attached as an original Agent Authorization from the individual creditor or the duly authorized representative for the business or Corporation.

2. Applicant has made sufficient inquiry and has no knowledge that this claim is currently pending before the Court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant is corresponding with Edward McGinty, Sr. Network Security Specialist of MCI. Worldcom is also known as MCI. The current address and phone number for MCI is 5055 North Point Pkwy, Alpharetta, GA 30022 (678) 259-5484. (see enclosed documentation)

4. The undersigned certifies under penalty of perjury, that the attachments submitted in support of this application are filed in good faith and are intended to recover funds rightfully owed the creditor.

Dated: 9/21/04

Charlene J. Keys dba Keys Research
23630 SE 440th Street
Enumclaw, WA 98022

STORMEDIA INC
SUSAN UECKER, ESTATE REPRESENTATIVE
CASE 98-58275 ASW

## UNCLAIMED CHECKS

| Claimant | Address | City ST ZIP | Amount |
|---|---|---|---|
| **Uncashed checks from Akashic Memories Corporation Case 98-58278-ASW:** | | | |
| Amerigas | 295 E Virginia St | San Jose, CA 95112-3954 | 39.04 |
| Associated Fee Adj | 145 Town and Country Dr #107 | Danville, CA 94526 | 1,487.59 |
| AT & T - KC | PO Box 27-820 | Kansas City, MO 64184-0820 | 10.34 |
| BT Office Products Int'l | Dept 44758 P O Box 44000 | San Francisco, CA 94144-4758 | 428.40 |
| Court Thomas Co Inc | 5482 Arrow Hwy P O Box 2339 | Montclair, CA 91763 | 1,006.02 |
| Digital Equipment Corp | Duns No. 15-779-7572 Dept 63208 | Los Angeles, CA 90088 | 2,996.25 |
| Environmental Care Inc | 24121 Ventura Blvd | Calabassas, CA 91302 | 1,419.06 |
| Glenn Stewart | 7074 Via Ramada | San Jose, CA 95139 | 474.68 |
| Integral Solutions Inc | 2471 Autumnvale Dr Ste G | San Jose, CA 95131 | 952.58 |
| Netcom | Dept 05035 P O Box 39000 | San Francisco, CA 94139-5035 | 598.67 |
| Nexstar Corp | PO Box 25352 | Santa Ana, CA 92799 | 48,392.54 |
| O'Brian Management Group | 5981 Countess Dr. | San Jose, CA 95129 | 8.14 |
| Pacific Pacific Int'l Inc | 2340 Bert Drive | Hollister, CA 95023 | 1,246.27 |
| Praxair Dist Inc | PO Box 5161 | San Ramon, CA 94583 | 302.48 |
| Pressure Vessel Service Inc | Dept #44313 P O Box 44000 | San Francisco, CA 94144-4313 | 4,988.02 |
| Proshred Security | Regional Processing Cntr P O Box 100458 | Pasadena, CA 91189-0458 | 458.98 |
| U S Sprint | PO Box 52243 | Phoenix, AZ 85072-2243 | 3.53 |
| Surface Scientific Labs Inc | 625 B Clyde Ave | Mountain View, CA 94043 | 299.34 |
| Unmanned Solutions Inc | 940 Auburn Ct | Fremont, CA 94538 | 352.45 |
| US Customs Service | 6026 Lakeside Blvd P O Box 68911 | Indianapolis, IN 46268 | 213.83 |
| Valenite | PO Box 960574 | Cincinnati, OH 45296 | 386.10 |
| Vidya Data Systems | 1295 18th Ave | San Francisco, CA 94122 | 3,784.94 |
| Worldcom - San Francisco | PO Box 5033 | Hayward, CA 94540-5033 | 7,624.72 |
| **Uncashed checks from Stormedia Incorporated Case 98-58275-ASW:** | | | |
| Jovan Esprit | 26 Bosworth Street | San Francisco, CA 94112-1002 | 1,316.54 |
| Loc V. Nguyen | 1841 Cape Horn Drive | San Jose, CA 95133-1509 | 1,407.51 |
| Akberet A. Woldemichael | 4194 Hamilton Ave Apt 14 | San Jose, CA 95130-1561 | 1,326.77 |
| Darren D Okamoto | 315 N. 3rd St Apt 2 | Campbell, CA 95008-1273 | 1,407.51 |
| Larry L. Arnold | 12510 N. Lower Sac Road | Lodi, CA 95242 | 1,407.51 |
| Arnel Banzon | P O Box 4601 | Santa Clara, CA 95056-4601 | 1,407.51 |
| Ettore Galliano | 2038 S 2nd Street #320 | San Jose, CA 95113 | 1,020.89 |
| Kevin R. Devlin | 2070 De La Cruz Blvd | Santa Clara, CA 95050-3038 | 1,407.51 |
| Jarrett L. Hamilton | 5440 Shooting Star Rd | Pollock Pines CA 9576-9432 | 1,407.51 |
| Chi-Liang Jiaa | 390 Reed St | Santa Clara, CA 95050-3108 | 1,407.51 |
| Phuc Van Le | 508 Capitol Village Ct | San Jose, CA 95135 | 1,407.51 |
| Benigno S. Loresco | 44 N. Jackson Ave Apt G26 | San Jose, CA 95116-2120 | 1,100.57 |
| Huong Lan Thi Nguyen | 1148 Edsel Dr Apt # | Milpitas, CA 95035-5641 | 1,407.51 |
| Victor R Vinas | 1538 Danali Way | San Jose, CA 95122 | 1,407.51 |
| | | | 96,313.84 |

# AGENT AUTHORIZATION

Worldcom ("the Company") does hereby grant to Charlene J. Keys dba Keys Research, (the "Agent"), the Company's true and lawful Agent for it and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

> To reclaim, $7,624.72 only, less agreed upon fee, to the signatory below.

The Company does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Company does state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter until revoked in writing, or until funds are collected. This duly executed Authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney.

DATED 9/10/04                     SIGNED _[signature]_

CORPORATE SEAL      PRINT NAME & TITLE  Edward McGinty

TIN ID Number (TIN) _____

AFFIDAVIT: (to be signed if Corporate Seal is unavailable)
The Corporate seal for this Corporation is not available.
Dated 9/10/04   Signed _[signature]_

---

## NOTARY ACKNOWLEDGMENT

State GEORGIA, County of COBB

ACKNOWLEDGED before me on this date 9-15-2004 by the individuals described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL    NOTARY PUBLIC _[signature]_
My commission expires 2-7-2006
State and County

# Keys Research

**Abandoned Funds Investigation & Recovery**
23630 Southeast 440th, Enumclaw, WA 98022
360-825-7300
Fax 360-825-5482

## PROOF OF SERVICE BY U.S. MAIL

KEYS RESEARCH declares that on September 21, 2004, a letter was directed to U.S. Attorney, for the Northern District of California in compliance with U.S. Bankruptcy Court procedures of notification and was placed for delivery with the U.S Postal Service in Enumclaw, Washington for the following case:

Case #      : 98—58278
DEBTOR      : AKASHIC MEMORIES CORPORATION
CREDITOR    : WORLDCOM
Amount      : $7,624.72

I declare under penalty of perjury under the United States of America the foregoing is true and correct.

DATED 9/21/04     BY: _Charlene Keys_
Charlene Keys, Attorney-in-fact
Keys Research
23630 SE 440TH Street
Enumclaw, WA 98022
(360) 825-7300

September 8, 2004



To Whom It May Concern:

Edward McGinty, Senior Network Security Specialist, is authorized by MCI to pursue collection of unclaimed property held by your state to which MCI has a legal claim. Mr. McGinty is pursuing this unclaimed property on behalf of and as a representative of MCI.

Sincerely,

*Edward W. Smith*
Edward W. Smith
Vice President of Finance
MCI Communications

**Revenue, A/R, and Commissions**
5055 North Point Parkway
Alpharetta, GA 30022
Telephone 678 259 5360

**Edward McGinty**
Sr. Network Security Specialist

Telephone 678 259 5484
Fax 678 259 5164
Pager 877 730 2017
Mobile 404 805 6777
edward.g.mcginty@mci.com
8777302017@skytel.com

**Network Security Operations Center**
**Investigative Services**
5055 North Point Pkwy
Alpharetta, GA 30022

## AFFIDAVIT OF CREDITOR PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I _Edward McGinty_, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, _Edward McGinty_ am the _Representative_ of _MCI_ ___. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of _MCI_ and it's subsidiaries, affiliates and acquisitions. _MCI_ and its subsidiaries, affiliates and acquisitions have numerous branch addresses, business locations, and payment centers. The addresses of which change and/or are eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm the foregoing is true, under the penalties of perjury this _5_ day of _October_ 2004.

_/s/ Edward McGinty_

---

STATE OF _GEORGIA_

COUNTY OF _FULTON_

On this _05TH_ day of _Oct._, 2004 the above named _EDWARD McGINTY_, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

_/s/ Notary_
NOTARY PUBLIC
My commission expires _2-7-06_

NOTARY SEAL: CYNTHIA J O'CONNOR, COMMISSION EXPIRES FEB. 7 2006, COBB COUNTY, GEORGIA, NOTARY PUBLIC



**Edward McGinty**
Sr. Network Security Specialist

Telephone 678 259 5484
Fax 678 259 5164
Pager 877 730 2017
Mobile 404 805 6777
edward.g.mcginty@mci.com
8777302017@skytel.com

**Network Security Operations Center**
**Investigative Services**
5055 North Point Pkwy
Alpharetta, GA 30022



Sponsored by: **NetFlash!**

Network World Fusion's daily synopsis of key network IT news.

# NetworkWorldFusion

This story appeared on Network World Fusion at
http://www.nwfusion.com/news/2003/1014mcinames.html

# MCI names chief ethics officer

By Grant Gross
*IDG News Service, 10/14/03*

MCI, in an effort to distance itself from the accounting scandals that plagued the company when the it went by the name WorldCom, named a defense contractor veteran as its chief ethics officer.

Starting Tuesday, Nancy Higgins will be MCI's executive vice president of ethics and business conduct and chief ethics officer, reporting to MCI Chairman and CEO Michael Capellas. Capellas appointed an interim chief ethics officer in January after he took over the company in November, but Higgins is the first permanent chief ethics officer at MCI, still officially named WorldCom.

Higgins most recently served as vice president of ethics and business conduct for Lockheed Martin. Prior to that, Higgins was a senior corporate attorney with Boeing, where she headed the first company-wide ethics organization.

"Nancy brings a rare combination of direct experience in developing and overseeing large-scale ethics programs, a proven 10-year track record for creating best practices and, most importantly, an absolute passion for the job," Capellas said in a statement. "MCI strives to be a model of good corporate governance with best-in-class ethics compliance."

Capellas noted that MCI has taken several steps to build a culture centered on ethics, including:

- Ethics training for MCI's 55,000 U.S.-based employees and contractors.
- A company code of ethics, distributed to all employees.
- A "zero-tolerance policy" dictating that any suspected violation of MCI's code of ethics will be fully investigated and immediately dealt with.
- A confidential ethics hotline allowing employees to raise ethics or business conduct concerns.

*The IDG News Service is a Network World affiliate.*



- Press Releases
- US Attorney's Office Inquiry
- Restructuring Information Desk
- Press Kit
- MCI Customers
- Market Data
- Public Relations Contacts
- Photo Gallery
- Events

## MCI Issues November 2003 Monthly Operating Results

ASHBURN, Va., January 16, 2003 - MCI (WCOEQ, MCWEQ) today filed its November 2003 monthly operating report with the Bankruptcy Court for the Southern District of New York. During the month of November, MCI recorded $1.79 billion in revenue versus $1.98 billion in October 2003, reflecting fewer business days during the month and non-recurring equipment sales in October 2003.

November's operating loss of $21 million was $14 million better than October, with lower access costs and a sales, general and administrative (SG&A) reduction of $144 million which more than offset the lower revenue levels.

The Company had a net loss in November of $23 million, an improvement of $171 million from October. The improvement resulted from lower restatement items compared to October.

During the month of November, MCI recorded capital expenditures of $90 million. November's cash balance increased to $5.7 billion from $5.4 billion in October.

The financial results discussed in the Monthly Operating Reports exclude the results of Embratel. On November 12, 2003, the Company announced its intentions to sell its investment stake in Embratel. Until MCI completes a thorough balance sheet evaluation, the Company will not issue a balance sheet or cash flow statement as part of its Monthly Operating Report.

The Monthly Operating Reports are available on MCI's Restructuring Information Desk at: http://global.mci.com/news/infod Based on the Company's confirmed Plan of Reorganization, holders of WorldCom preferred stock, WorldCom group common and MCI group common stock will not receive any value upon MCI's emergence from bankruptcy proceedings.

**About WorldCom, Inc.**
WorldCom, Inc. (WCOEQ, MCWEQ), which, together with its subsidiaries, currently conducts business under the MCI brand is a leading global communications provider, delivering innovative, cost-effective, advanced communications connectivity to businesses, governments and consumers. With the industry's most expansive global IP backbone, based on the number of company-owned POPs, and wholly-owned data networks, WorldCom develops the converged communications products and services that are the foundation for commerce and communications in today's market. For more information, go to http://www.mci.com.

**Forward-Looking Statements**
This press release includes certain "forward-looking statements" within the meaning of the Private Securities Litigation Reform of 1995. These statements are based on management's current expectations and are subject to uncertainty and changes in circumstances. Actual results may differ materially from these expectations due to the company's bankruptcy proceedings and matters arising out of pending class-action and other lawsuits and ongoing internal and government investigations relating to previously announced restatement of its financial results. Other factors that may cause actual results to differ materially from management's expectations include economic uncertainty; the effects of vigorous competition, including price compression; the impact of technological change on our business, alternative technologies, and dependence on availability of transmission facilities; risks of international business; regulatory risks in the United States and internationally; contingent liabilities; uncertainties regarding the collectibility of receivables; risks associated with debt service requirements and our financial leverage; uncertainties associated with the success of acquisitions; and the ongoing war on terrorism. More detailed information about those factors is contained in company's filings with the Securities and Exchange Commission. We will continue to file documents with the Securities and Exchange Commission under the WorldCom, Inc. name until the effective date of the Plan of Reorganization.

- 16 January, 2004

PR Contact:

Name: Claire Hassett
Tel: (800) 644-NEWS

Privacy Policy  *  Legal Notices  *  Service Terms & Rates  *  Site Map

